344 A.2d 459

**PRINTCRAFT CARD COMPANY, INC.**

v.

**Ernest MEDWIG, Appellant, and National Engraving Company, Inc.**

Supreme Court of Pennsylvania.

Argued March 13, 1975.

Decided Oct. 3, 1975.

John L. Laubach, Jr., Kenney, Stevens, Clark & Semple, Pittsburgh, for appellant.

Edmund K. Trent, Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed.

Costs on appellant.

ROBERTS, J., did not participate in the consideration or decision of this case.

MANDERINO, J., dissents.